UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

PATRICIA REDGATE and ANDREW REDGATE :
:
VS. : C.A. NO.: 1:25-cv-00372-JJM-AEM
:
ROGER WILLIAMS HOSPITAL, :
RICHARD J. ZIENOWICZ, M.D., INC., :
RICHARD J. ZIENOWICZ, M.D., :
MARIJA ZHUKOV, M.D., :
John and/or Jane Doe, CRNA, Alias, and :
John Doe Corporation, Alias :

# ANSWER OF DEFENDANTS RICHARD J. ZIENOWICZ, M.D., INC. and RICHARD J. ZIENOWICZ, M.D. TO PLAINTIFFS' COMPLAINT

Now come the defendants RICHARD J. ZIENOWICZ, M.D., INC. and RICHARD J. ZIENOWICZ, M.D. and respond as follows to the numbered paragraphs of plaintiffs' complaint:

## FIRST DEFENSE

*Parties*

1. These defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in this paragraph of plaintiffs' complaint and leave plaintiffs to their proof thereof.

2. These defendants neither admit nor deny the allegations contained in this paragraph but leave plaintiffs to their proof thereof.

3. Admitted.

4. Admitted.

5. These defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in this paragraph of plaintiffs' complaint and leave plaintiffs to their proof thereof.

6. These defendants neither admit nor deny the allegations contained in this paragraph but leave plaintiffs to their proof thereof.

7. These defendants neither admit nor deny the allegations contained in this paragraph but leave plaintiffs to their proof thereof.

### *Jurisdiction*

8. These defendants neither admit nor deny the allegations contained in this paragraph but leave plaintiffs to their proof thereof.

9. These defendants neither admit nor deny the allegations contained in this paragraph but leave plaintiffs to their proof thereof.

### *Facts*

10. These defendants neither admit nor deny the allegations contained in this paragraph but leave plaintiffs to their proof thereof.

11. Denied.

12. These defendants neither admit nor deny the allegations contained in this paragraph but leave plaintiffs to their proof thereof.

13. These defendants neither admit nor deny the allegations contained in this paragraph but leave plaintiffs to their proof thereof.

14. These defendants neither admit nor deny the allegations contained in this paragraph but leave plaintiffs to their proof thereof.

15. These defendants neither admit nor deny the allegations contained in this paragraph but leave plaintiffs to their proof thereof.

16. Admitted.

### COUNT I
### NEGLIGENCE
### ROGER WILLIAMS HOSPITAL

These defendants are not required to respond to the allegations contained in paragraphs 17 through 23 as said paragraphs are not directed to these defendants, except that any of the allegations of said paragraphs that may be construed as directed to these defendants, the same are denied.

## COUNT II
## LACK OF INFORMED CONSENT
## ROGER WILLIAMS HOSPITAL

These defendants are not required to respond to the allegations contained in paragraphs 24 through 30 as said paragraphs are not directed to these defendants, except that any of the allegations of said paragraphs that may be construed as directed to these defendants, the same are denied.

## COUNT III
## CORPORATE LIABILITY
## ROGER WILLIAMS HOSPITAL

These defendants are not required to respond to the allegations contained in paragraphs 31 through 36 as said paragraphs are not directed to these defendants, except that any of the allegations of said paragraphs that may be construed as directed to these defendants, the same are denied.

## COUNT IV
## VICARIOUS LIABILITY
## ROGER WILLIAMS HOSPITAL

These defendants are not required to respond to the allegations contained in paragraphs 37 through 42 as said paragraphs are not directed to these defendants, except that any of the allegations of said paragraphs that may be construed as directed to these defendants, the same are denied.

## COUNT V
## NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS
## ROGER WILLIAMS HOSPITAL

These defendants are not required to respond to the allegations contained in paragraphs 43 through 48 as said paragraphs are not directed to these defendants, except that any of the allegations of said paragraphs that may be construed as directed to these defendants, the same are denied.

## COUNT VI
## NEGLIGENCE
## RICHARD J. ZIENOWICZ, M.D., INC.

49. These defendants repeat and reallege their answers set forth in paragraphs 1 through 48 of plaintiffs' complaint as more fully set forth herein as their answer to this paragraph.

50. These defendants neither admit nor deny the allegations contained in this paragraph but leave plaintiffs to their proof thereof.

51. These defendants neither admit nor deny the allegations contained in this paragraph but leave plaintiffs to their proof thereof.

52. Denied.

53. Denied.

54. Denied.

55. Denied.

## COUNT VII
## LACK OF INFORMED CONSENT
## RICHARD J. ZIENOWICZ, M.D., INC.

56. These defendants repeat and reallege their answers set forth in paragraphs 1 through 55 of plaintiffs' complaint as more fully set forth herein as their answer to this paragraph.

57. These defendants neither admit nor deny the allegations contained in this paragraph but leave plaintiffs to their proof thereof.

58. Denied.

59. Denied.

60. Denied.

61. Denied.

62. Denied.

## COUNT VIII
## CORPORATE LIABILITY
## RICHARD J. ZIENOWICZ, MD., INC.

63. These defendants repeat and reallege their answers set forth in paragraphs 1 through 62 of plaintiffs' complaint as more fully set forth herein as their answer to this paragraph.

64. These defendants neither admit nor deny the allegations contained in this paragraph but leave plaintiffs to their proof thereof.

65. Denied.

66. Denied.

67. Denied.

68. Denied.

## COUNT VIX
## VICARIOUS LIABILITY
## RICHARD J. ZIENOWICZ, M.D., INC.

69. These defendants repeat and reallege their answers set forth in paragraphs 1 through 68 of plaintiffs' complaint as more fully set forth herein as their answer to this paragraph.

70. Denied.

71. Denied.

72. Denied.

73. Denied.

74. Denied.

## COUNT X
## NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS
## RICHARD J. ZIENOWICZ, M.D., INC.

75. These defendants repeat and reallege their answers set forth in paragraphs 1 through 74 of plaintiffs' complaint as more fully set forth herein as their answer to this paragraph.

76. These defendants neither admit nor deny the allegations contained in this paragraph but leave plaintiffs to their proof thereof.

77. Denied.

78. Denied.

79. Denied.

80. Denied.

## COUNT XI
## NEGLIGENCE
## RICHARD J. ZIENOWICZ, M.D.

81. These defendants repeat and reallege their answers set forth in paragraphs 1 through 80 of plaintiffs' complaint as more fully set forth herein as their answer to this paragraph.

82. These defendants neither admit nor deny the allegations contained in this paragraph but leave plaintiffs to their proof thereof.

83. Denied.

84. Denied.

85. Denied.

86. Denied.

87. Denied.

## COUNT XII
## LACK OF INFORMED CONSENT
## RICHARD J. ZIENOWICZ, M.D.

88. These defendants repeat and reallege their answers set forth in paragraphs 1 through 87 of plaintiffs' complaint as more fully set forth herein as their answer to this paragraph.

89. These defendants neither admit nor deny the allegations contained in this paragraph but leave plaintiffs to their proof thereof.

90. These defendants neither admit nor deny the allegations contained in this paragraph but leave plaintiffs to their proof thereof.

91. Denied.

92. Denied.

93. Denied.

94. Denied.

95. Denied.

## COUNT XIII
## NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS
## RICHARD J. ZIENOWICZ, M.D.

96. These defendants repeat and reallege their answers set forth in paragraphs 1 through 95 of plaintiffs' complaint as more fully set forth herein as their answer to this paragraph.

97. These defendants neither admit nor deny the allegations contained in this paragraph but leave plaintiffs to their proof thereof.

98. These defendants neither admit nor deny the allegations contained in this paragraph but leave plaintiffs to their proof thereof.

99. Denied.

100. Denied.

101. Denied.

## COUNT XIV
## NEGLIGENCE
## ROGER WILLIAMS HOSPITAL

These defendants are not required to respond to the allegations contained in paragraphs 102 through 108 as said paragraphs are not directed to these defendants, except that any of the allegations of said paragraphs that may be construed as directed to these defendants, the same are denied.

## COUNT XV
## LACK OF INFORMED CONSENT
## MARIJA ZHURKOV, M.D.

These defendants are not required to respond to the allegations contained in paragraphs 109 through 115 as said paragraphs are not directed to these defendants, except that any of the allegations of said paragraphs that may be construed as directed to these defendants, the same are denied.

## COUNT XVI
## NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS
## MARIJA ZHURKOV, M.D.

These defendants are not required to respond to the allegations contained in paragraphs 116 through 121 as said paragraphs are not directed to these defendants, except that any of the allegations of said paragraphs that may be construed as directed to these defendants, the same are denied.

## COUNT XVII
## NEGLIGENCE
## JOHN AND/OR JANE DOE, CRNA, ALIAS

These defendants are not required to respond to the allegations contained in paragraphs 122 through 128 as said paragraphs are not directed to these defendants, except that any of the allegations of said paragraphs that may be construed as directed to these defendants, the same are denied.

## COUNT XVIII
## LACK OF INFORMED CONSENT
## JOHN AND/OR JANE DOE, CRNA, ALIAS

These defendants are not required to respond to the allegations contained in paragraphs 129 through 135 as said paragraphs are not directed to these defendants, except that any of the allegations of said paragraphs that may be construed as directed to these defendants, the same are denied.

## COUNT XIX
## NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS
## JOHN AND/OR JANE DOE, CRNA, ALIAS

These defendants are not required to respond to the allegations contained in paragraphs 136 through 141 as said paragraphs are not directed to these defendants, except that any of the allegations of said paragraphs that may be construed as directed to these defendants, the same are denied.

## COUNT XX
## NEGLIGENCE
## JOHN DOE CORPORATION, ALIAS

These defendants are not required to respond to the allegations contained in paragraphs 142 through 148 as said paragraphs are not directed to these defendants, except that any of the allegations of said paragraphs that may be construed as directed to these defendants, the same are denied.

## COUNT XXI
## LACK OF INFORMED CONSENT
## JOHN DOE CORPORATION, ALIAS

These defendants are not required to respond to the allegations contained in paragraphs 149 through 155 as said paragraphs are not directed to these defendants, except that any of the allegations of said paragraphs that may be construed as directed to these defendants, the same are denied.

## COUNT XXII
## CORPORATE LIABILITY
## JOHN DOE CORPORATION, ALIAS

These defendants are not required to respond to the allegations contained in paragraphs 156 through 163 as said paragraphs are not directed to these defendants, except that any of the allegations of said paragraphs that may be construed as directed to these defendants, the same are denied.

## COUNT XXIII
## VICARIOUS LIABILITY
## JOHN DOE CORPORATION, ALIAS

These defendants are not required to respond to the allegations contained in paragraphs 164 through 169 as said paragraphs are not directed to these defendants, except that any of the allegations of said paragraphs that may be construed as directed to these defendants, the same are denied.

## COUNT XXIV
## NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS
## JOHN DOE CORPORATION, ALIAS

These defendants are not required to respond to the allegations contained in paragraphs 170 through 176 as said paragraphs are not directed to these defendants, except that any of the allegations of said paragraphs that may be construed as directed to these defendants, the same are denied.

## SECOND DEFENSE

These defendants deny that they were guilty of any negligence which proximately caused the injuries and damages complained of in plaintiffs' complaint.

## THIRD DEFENSE

These defendants deny all remaining hereto unanswered allegations contained in the plaintiffs' complaint, and particularly deny those in which allegations, on their face, are raised against defendants other than these defendants.

## FOURTH DEFENSE

Without assuming the burden of proof by so doing, these defendants assert all applicable defenses relating to assumption of risk.

## FIFTH DEFENSE

The injuries and/or damages alleged by plaintiffs were caused, if at all, by the conduct of a third person or entity for which conduct these defendants are not and were not responsible.

## SIXTH DEFENSE

The conduct of the plaintiffs and/or a third-party was an independent intervening cause that result in a lack of causal relationship between the alleged negligence of these defendants and the injuries and/or damages alleged by plaintiff.

## SEVENTH DEFENSE

Without assuming the burden of proof by so doing, these defendants assert that plaintiffs may have and/or contributed to the injuries or damages complained of and hence these defendants assert applicable defenses relating to comparative negligence and contributory negligence.

## EIGHTH DEFENSE

To the extent during the course of this litigation any parties against whom claims are made by plaintiffs as a result of the incident in question are settled, these defendants affirmatively plead the benefits of set off to the extent of the dollar amount paid or the percentage of negligence which is greater.

## NINTH DEFENSE

Plaintiffs' complaint and each count thereof must be dismissed for failure to state a cause of action upon which relief may be granted.

## TENTH DEFENSE

Defendants raise and preserve the affirmative defense of failure to commence within the applicable statutes of limitation and/or repose.

## ELEVENTH DEFENSE

Defendants reserve and preserve the affirmative defense of lack of proper venue and lack of subject matter jurisdiction.

## TWELFTH DEFENSE

Defendants deny that they had any agent, servant, and/or employee who was negligent.

## THIRTEENTH DEFENSE

Defendants did not and do not have any agent, servant, and/or employee for whose conduct they were responsible on or about the dates and/or under the circumstances alleged within plaintiffs' complaint.

## FOURTEENTH DEFENSE

Without assuming the burden of proof by so doing, these defendants assert all defenses under the Rhode Island Medical Malpractice Statutes, so called, to include, but not limited to, the application of the Collateral Source Rule.

## FIFTEENTH DEFENSE

The plaintiffs having been informed of the risks, benefits, potential consequences, potential complications, options, alternatives, procedures, medications, care, treatment, and/or decisions involved and/or available, consented and provided informed consent.

## SIXTEENTH DEFENSE

To the extent that the plaintiffs have so pled, the defendants deny that the loss of chance theory has been recognized in Rhode Island as a viable course of action or theory of recovery and the plaintiffs should not be entitled to any recovery on any such claim in support of said allegations.

## SEVENTEENTH DEFENSE

Defendants assert the defense of failure to mitigate, also known as the doctrine of avoidable consequences.

## EIGHTEENTH DEFENSE

Defendants assert the defense of estoppel.

## NINETEENTH DEFENSE

Defendants plead the defense of superseding and intervening cause.

## TWENTIETH DEFENSE

Defendants expressly deny that the plaintiffs are entitled to judgment against them for any reason or cause.

## TWENTY-FIRST DEFENSE

Defendants are immune from liability pursuant to Executive Orders of the Governor of the State of Rhode Island, including but not limited to Executive Order 20-70, Executive Order 21-28, Executive Order 21-38, and Executive Order 21-43.

## TWENTY-SECOND DEFENSE

Defendants reserve the right to raise such additional affirmative defenses as become known and/or avoidable during the course of this action.

**WHEREFORE,** these defendants demand that plaintiffs' action against them be dismissed and that judgment be entered for said defendants.

### *Jury Trial Demand*

These defendants demand a trial by jury and designate Mark P. Dolan, Esquire, as their trial attorney.

/*s*/ Mark P. Dolan
Mark P. Dolan, Esquire (#3280)
RICE DOLAN & KERSHAW
*Attorneys for Defendants*
*Richard J. Zienowicz, M.D. Inc. and*
*Richard J. Zienowicz, M.D.*
72 Pine Street, Suite 300
Providence, RI 02903
(401) 272-8800
(401) 421-7218 (fax)
mdolan@ricedolan.com

## CERTIFICATE OF SERVICE

I hereby certify that the within document was filed through the ECF system and will be sent electronically to all registered participants as identified on the Notice of Electronic Filing (NEF) this 2nd day of September, 2025**;** including:

Amato A. DeLuca, Esquire
DeLuca, Weizenbaum, Barry & Revens, Ltd.
199 North Main Street
Providence, RI 02903
bud@dwbrlaw.com

/*s*/ Mark P. Dolan