UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PATRICIA REDGATE and ANDREW REDGATE | : | |
| *Plaintiffs* | : | |
| | : | |
| vs. | : | C.A. No. 1:25-cv-00372-JJM-AEM |
| | : | |
| ROGER WILLIAMS HOSPITAL; RICHARD J. ZIENOWICZ, M.D., INC.; RICHARD J. ZIENOWICZ, M.D.; MARIJA ZHUKOV, M.D.; JOHN and/or JANE DOE, CRNA, Alias; and JOHN DOE CORPORATION | : | |
| | : | JURY TRIAL DEMAND |
| *Defendants* | : | |

## ANSWER OF DEFENDANT MARIJA ZHUKOV, M.D. TO PLAINTIFFS' COMPLAINT

Now comes Defendant, Marija Zhukov, M.D. [herein after occasionally referred to as "Defendant" or "this Defendant"], and hereby answers Plaintiffs' Complaint as follows:

### PARTIES

1-4. Defendant is without knowledge sufficient to form a belief as to the truth of the allegations contained within these paragraphs and therefore leaves the Plaintiffs to their proof thereof.

5. Admit.

6-7. Defendant is without knowledge sufficient to form a belief as to the truth of the allegations contained within these paragraphs and therefore leaves the Plaintiffs to their proof thereof.

### JURISDICTION

8-9. Defendant is without knowledge sufficient to form a belief as to the truth of the allegations contained within these paragraphs and therefore it leaves the Plaintiffs to their proof thereof.

### FACTS

10-16. Defendant is without knowledge sufficient to form a belief as to the truth of the allegations contained within these paragraphs and therefore leaves the Plaintiffs to their proof thereof.

*C.A. No. 1:25-cv-00372-JJM-AEM*

# COUNT I – XIII

Defendant makes no response to the allegations contained within these Counts of the Complaint as said Counts are not directed to this Defendant. To the extent the allegations in these Counts intend to state a direct claim against this Defendant, said allegations are denied.

## COUNT XIV
## NEGLIGENCE MARIJA ZHUKOV, M.D.

102. Defendant repeats her responses to the prior paragraphs of this Complaint as if set forth and full herein.

103. Defendant is without knowledge sufficient to form a belief as to the truth of the allegations contained within this paragraph and therefore leaves the Plaintiffs to their proof thereof.

104. Defendant is without knowledge sufficient to form a belief as to the truth of the allegations contained within this paragraph and therefore leaves the Plaintiffs to their proof thereof.

105. Denied.

106. Denied.

107. Denied.

108. Denied.

## COUNT XV
## LACK OF INFORMED CONSENT MARIJA ZHUKOV, M.D.

109. Defendant repeats her responses to the prior paragraphs of this Complaint as if set forth in full herein.

110. Defendant admits the general premise that physicians have a duty to obtain informed consent for treatment provided to patients. Defendant is otherwise without knowledge sufficient to form a belief as to the truth of the allegations contained within this paragraph and therefore leaves the Plaintiffs to their proof thereof.

111. Denied.

112. Denied.

113. Denied.

114. Denied.

115. Denied.

*C.A. No. 1:25-cv-00372-JJM-AEM*

# COUNT XVI
# NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS MARIJA ZUKOV, M.D.

116. Defendant repeats her responses to the prior paragraphs of this Complaint as if set forth fully herein.

117. Defendant is without knowledge sufficient to form a belief as to the truth of the allegations contained within this paragraph and therefore leaves the Plaintiffs to their proof thereof.

118. Defendant is without knowledge sufficient to form a belief as to the truth of the allegations contained within this paragraph and therefore leaves the Plaintiffs to their proof thereof.

119. Denied.

120. Denied.

121. Denied.

# COUNT XVII-XX

Defendant makes no response to the allegations contained within these Counts of the Complaint as said Counts are not directed to this Defendant. To the extent the allegations in these Counts intend to state a direct claim against this Defendant, said allegations are denied.

# AFFIRMATIVE DEFENSES

# FIRST DEFENSE

This Defendant denies all remaining and heretofore unanswered allegations of the Complaint.

# SECOND DEFENSE

This Defendant expressly denies that the Plaintiffs are entitled to judgment against her for any reason or cause.

# THIRD DEFENSE

Without assuming the burden of proof by so doing, this Defendant asserts that the Plaintiffs may have been guilty of conduct that caused and/or contributed to the injuries or damages complained of and this Defendant asserts all applicable defenses relating to comparative negligence and contributory negligence.

*C.A. No. 1:25-cv-00372-JJM-AEM*

## FOURTH DEFENSE

Without assuming the burden of proof by so doing, this Defendant asserts all applicable defenses relating to the assumption of the risk.

## FIFTH DEFENSE

In the event the Plaintiffs suffered injuries or damages as a result of the incident described in the Complaint, which allegations are specifically denied by this Defendant, this Defendant avers that such injuries or damage were not caused, directly or indirectly, by any act or omission of this Defendant, that such injuries or damages, if any, were caused by the acts or omissions of persons and/or entities other than this Defendant and other than those for whom this Defendant is vicariously liable, be they intervening acts or omissions or otherwise, for which acts or omissions this Defendant is not liable.

## SIXTH DEFENSE

This Defendant specifically denies that she is guilty of negligence.

## SEVENTH DEFENSE

Without assuming the burden of proof by so doing, this Defendant asserts all defenses, rights, benefits and privileges pursuant to the abrogation of the Collateral Source Statute in medical negligence cases.

## EIGHTH DEFENSE

Without assuming any burden of proof by so doing, this Defendant asserts any and all applicable affirmative defenses relating to or in connection with the Plaintiffs' failure to state a claim upon which relief may be granted.

## NINTH DEFENSE

This Defendant asserts the defense of failure to mitigate, also known as the doctrine of avoidable consequences.

## TENTH DEFENSE

This Defendant asserts the defense of estoppel.

## ELEVENTH DEFENSE

Without assuming any burden of proof by so doing, and out of an abundance of caution thought his Defendant does not believe that the following constitutes an affirmative defense, this Defendant asserts she is entitled to the benefit of a set off pursuant to the Rhode Island Uniform Contribution Among Tortfeasors Act, R.I. Gen. Laws § 10-6-7 (2012).

*C.A. No. 1:25-cv-00372-JJM-AEM*

## TWELFTH DEFENSE

This Defendant reserves the right to add additional defenses as facts become known to her during pretrial discovery.

## THIRTEENTH DEFENSE

This Defendant reserves the right to add additional defenses as facts become known to her during pretrial discovery.

**WHEREFORE**, this Defendant respectfully prays that the Plaintiffs be awarded no relief by and through the above-captioned matter; that this Honorable Court grant judgment in favor of this Defendant and against the Plaintiffs, and that this Defendant be awarded all reasonable attorneys' fees and costs incurred in the defense of the above-captioned action.

## JURY TRIAL DEMAND

This Defendant demands a trial by jury and designates Paul F. Galamaga, Esq. as trial counsel.

**DEFENDANT,**
**MARIJA ZHUKOV, M.D.**

By her Attorneys,
**RATCLIFFE HARTEN GALAMAGA LLP**

*/s/ Paul F. Galamaga*
_____
Paul F. Galamaga, Esq. [#5803]
Benjamin A. Lee, Esq. [#9311]
40 Westminster Street, Suite 700
Providence, RI  02903
Tel.: (401) 331-3400
pgalamaga@rhgllp.com
blee@rhgllp.com

C.A. No. 1:25-cv-00372-JJM-AEM

**<u>CERTIFICATION</u>**

   I, the undersigned, hereby certify that the within document has been electronically filed with the Court through the ECF system on October 21, 2025 and that it is available for viewing and downloading. I also caused a true and accurate copy of the within document to be served through the ECF system on the following parties and/or counsel of record:

Amato A. Deluca, Esq. [#0531]
Deluca, Weizenbaum, Barry & Revens, LTD.
199 North Main Street
Providence, RI 02903

Mark P. Dolan, Esq. [#3280]
Rice Dolan & Kershaw
72 Pine Street, Suite 300
Providence, RI 02903

_/s/ signature_