UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PATRICIA REDGATE and : | |
| ANDREW REDGATE : | |
| : | |
| vs. : | Case No.: 1:25-cv-00372-JJM-AEM |
| : | |
| ROGER WILLIAMS HOSPITAL; : | |
| RICHARD J. ZIENOWICZ, M.D., INC.; : | |
| RICHARD J. ZIENOWICZ, M.D.; : | |
| MARIJA ZHUKOV, M.D.; : | |
| JOHN and/or JANE DOE, CRNA, Alias; : | |
| and JOHN DOE CORPORATION, Alias : | |

## **PLAINTIFF'S LR CV 16(B) STATEMENT OF CLAIMS**

Pursuant to Fed. R. Civ. P. 16, LR Cv. 16(b), and the Court's Notice dated October 23, 2025, plaintiffs hereby submit their statement of claims in advance of the initial scheduling conference scheduled for November 19, 2025.

## **FACTS AND CLAIMS**

This is a medical negligence diversity action. Plaintiffs have sued the following defendants: Roger Williams Hospital, Richard J. Zienowicz, M.D., Inc., Richard J. Zienowicz, M.D. and Marija Zhukov, M.D. Richard J. Zienowicz, M.D., Inc. is a medical practice compromised of a physician who specializes in plastic surgery and Richard J. Zienowicz, M.D. is an employee, agent, servant and/or partner of Richard J. Zienowicz, M.D., Inc. Marija Zhukov, M.D. is a physician, who specializes in anesthesiology and is an agent, servant and employee of defendant Roger Williams Hospital.

Plaintiff Patricia Redgate presented to Roger Williams Medical Center on September 1, 2022 for an elective abdominoplasty, rhytidectomy with face grafting and upper blepharoplasty. She had no known allergies, and had a prior medical history of hyperthyroidism. The surgery was to be performed by Richard Zienowicz, MD. The anesthesiologist for the surgery was Marija Zhukov, MD.

As Mrs. Redgate was being prepared for surgery, she received a subcutaneous injection of lidocaine and epinephrine by a CRNA. Shortly after the injection, Mrs. Redgate developed symptomatic monomorphic supraventricular tachycardia (SVT). Thereafter, while moving plaintiff to ICU, plaintiff developed a second episode of SVT and was transferred via LifePACT EMS from Roger Williams Medical Center to Rhode Island Hospital for care and treatment.

On September 2, 2022, at Rhode Island Hospital, Mrs. Redgate received a transthoracic echocardiogram, which showed global left ventricular hypokinesis with a severely reduced left ventricular ejection fraction. She remained in-patient at Rhode Island Hospital from September 1, 2022 to September 6, 2022.

Mrs. Redgate continues to suffer from cardiac issues, including but not limited to symptomatic atrial fibrillation that continues to impact her physically and her activities of daily living. She continues to follow with care for medication management and will require additional surgical procedures in the future.

Plaintiffs assert claims of negligence, lack of informed consent, corporate liability, and vicarious liability against defendants Roger Williams Hospital, Richard J. Zienowicz, M.D., Inc. and Richard J. Zienowicz, M.D. and claims of negligence and lack of informed consent against defendant Richard J. Zienowicz, M.D. Plaintiffs allege defendants Richard J. Zienowicz, M.D., Inc. and Richard J. Zienowicz, M.D. had a duty to exercise ordinary care in the diagnosis, treatment and care of the plaintiff, and breached that duty by failing to properly diagnose and treat the plaintiff, which resulted in severe and permanent injury. Further, defendants Richard J. Zienowicz, M.D., Inc. and Richard J. Zienowicz, M.D. owed a duty to the plaintiff to inform her of the risks of harm attendant to the course of treatment they proposed, and breached that duty by failing to inform the plaintiff of those risks, such risks that the plaintiff would not have consented to, resulting in severe and permanent injury.

Plaintiffs assert claims of negligence and lack of informed consent against defendant Marija Zhukov, M.D.  Plaintiffs allege defendant Marija Zhukov, M.D. had a duty to exercise ordinary care in the diagnosis, treatment and care of the plaintiff, and breached that duty by failing to properly diagnose and treat the plaintiff, which resulted in severe and permanent injury.  Further, defendant Marija Zhukov, M.D. owed a duty to the plaintiff to inform her of the risks of harm attendant to the course of treatment she proposed, and breached that duty by failing to inform the plaintiff of those risks, such risks that the plaintiff would not have consented to, resulting in severe and permanent injury.

Plaintiffs also allege that Roger Williams Hospital had a duty to provide quality medical care to the plaintiff and protect her from negligent treatment, and disregarded that duty when it failed to promulgate and enforce policies to ensure the delivery of competent and ordinary medical care, thereby resulting in severe and permanent injury to the plaintiff.  Additionally, plaintiffs allege defendant Roger Williams Hospital was vicariously responsible for the acts and omissions of defendants Richard J. Zienowicz, M.D. and Marija Zhukov, M.D., who were acting within the scope of their employment at all relevant times.

Plaintiffs,
By their Attorneys,

/s/ Amato A. DeLuca
Amato A. DeLuca (#0531)
Katelyn M. Revens (#9078)
**DeLUCA, WEIZENBAUM,**
**BARRY & REVENS, LTD.**
199 North Main Street
Providence, RI 02903
(401) 453-1500
(401) 453-1501 Fax
bud@dwbrlaw.com
kate@dwbrlaw.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PATRICIA REDGATE and | : | |
| ANDREW REDGATE | : | |
| | : | |
| vs. | : | Case No.: 1:25-cv-00372-JJM-AEM |
| | : | |
| ROGER WILLIAMS HOSPITAL; | : | |
| RICHARD J. ZIENOWICZ, M.D., INC.; | : | |
| RICHARD J. ZIENOWICZ, M.D.; | : | |
| MARIJA ZHUKOV, M.D.; | : | |
| JOHN and/or JANE DOE, CRNA, Alias; | : | |
| and JOHN DOE CORPORATION, Alias | : | |

## **CERTIFICATION**

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF) and that papers copies have been sent to those indicated as non-registered participants on this 14th day of November 2025.

/s/ Amato A. DeLuca