UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

PATRICIA REDGATE and
ANDREW REDGATE
: Plaintiffs :
:
vs. : C.A. No. 1:25-cv-00372-JJM-AEM
:
ROGER WILLIAMS HOSPITAL; :
RICHARD J. ZIENOWICZ, M.D., INC.; :
RICHARD J. ZIENOWICZ, M.D.; MARIJA :
ZHUKOV, M.D.; JOHN and/or JANE DOE, :
CRNA, Alias; and JOHN DOE CORPORATION :
*Defendants* :

## DEFENDANT, MARIJA ZHUKOV, MD'S, LR Cv 16 STATEMENT OF CLAIMS

Now comes Defendant, Marija Zhukov, M.D. (hereinafter "Defendant" or "this Defendant"). and hereby submits this Statement of Claims in accordance with United States District Court for the District of Rhode Island Local Rules Applicable to Civil Proceedings 16(b). Defendant provides this Statement in accordance with the Court's October 23, 2025 Notice of Rule 16(b) Scheduling Conference; however, please note that this Defendant, at this time, is not asserting any claims, counterclaims, or cross claims.

Defendant's understanding of the facts of this case is currently based almost entirely on Plaintiffs' Complaint [ECF 1]. In essence, it appears that Plaintiffs claim in the Complaint that Plaintiff, Patricia Redgate, was administered "too much epinephrine" at the time of a planned elective abdominoplasty, rhytidectomy with face grafting, and upper blepharoplasty at Defendant, Roger Williams Hospital's, facility. Against this Defendant, Plaintiffs asserted claims of medical negligence, lack of informed consent, and negligent infliction of emotional distress.

This Defendant denied all allegations of negligence, lack of informed consent, and negligent infliction of emotional distress in her Answer to Plaintiffs' Complaint [ECF 19]. This Defendant understands that she was not involved in the purported administration of medications to Ms. Redgate, or any complication arising therefrom, and believes that she should be dismissed from the case expeditiously and with prejudice.

Defendant understands that Plaintiffs commenced this action in the United States District Court for the District of Rhode Island based on diversity of citizenship; it appears that Plaintiffs are only asserting state law claims against the Defendants.

Defendant also notes that this case appears to be subject to an automatic stay due to the pending bankruptcy of the corporate parent of Defendant, Roger Williams Hospital, Prospect CharterCARE RWMC, LLC [ECF 8].

**DEFENDANT,
MARIJA ZHUKOV, M.D.**

By her Attorneys,
**RATCLIFFE HARTEN GALAMAGA LLP**

Paul F. Galamaga, Esq. [#5803]
Benjamin A. Lee, Esq. [#9311]
40 Westminster Street, Suite 700
Providence, RI  02903
Tel.: (401) 331-3400
pgalamaga@rhgllp.com
blee@rhgllp.com

## **CERTIFICATION**

      I, the undersigned, hereby certify that the within document has been electronically filed with the Court through the ECF system on November 17, 2025 and that it is available for viewing and downloading. I also caused a true and accurate copy of the within document to be served through the ECF system on counsel of record.

_____