UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PATRICIA REDGATE and ANDREW REDGATE,<br><br>Plaintiffs,<br><br>v.<br><br>ROGER WILLIAMS HOSPITAL; RICHARD J. ZIENOWICZ, M.D., INC.; RICHARD J. ZIENOWICZ, M.D.; MARIJA ZHUKOV, M.D.; JOHN and/or JANE DOE, CRNA, Alias; and JOHN DOE CORPORATION, Alias,<br><br>Defendants. | Civil Case No. 1:25-cv-00372-JJM-AEM |

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL

**PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law and the Declaration of Williams M. Gantz, with the exhibit annexed thereto, dated February 4, 2026, and all prior pleadings and proceedings had herein, on a date and time set at the convenience of the Court, Williams M. Gantz and Duane Morris LLP, shall move before the United States District Court for the District of Rhode Island at One Exchange Terrace Federal Building and Courthouse, Providence, RI 02903, pursuant to Local Rule Gen. 206, for an Order granting William M. Gantz and Duane Morris, LLP permission to withdraw as counsel for Defendant Roger Williams Hospital.

Dated: February 4, 2026

**DUANE MORRIS LLP**

By: /s/ William M. Gantz
William M. Gantz
100 High Street, Suite 2400
Boston, MA 02110-1724
Tel.: +1 857 488 4234

Email:BGantz@duanemorris.com

## CERTIFICATION OF SERVICE

I, William M. Gantz hereby certify that a copy of the above was mailed or electronically delivered on February 4, 2026, to all counsel and self-represented parties of record listed below and that written consent for electronic delivery was received from all counsel and self-represented parties of record who were electronically served.

**Roger Williams Hospital**
(Via both U.S. Mail and certified,
return receipt requested mail)
71 Haynes Street
Manchester, CT  06040-4131

**Amato A. DeLuca**
DeLuca, Weizenbaum, Barry & Revens, Ltd.
199 North Main Street
Providence, RI 02903
401-453-1500
Fax: 401-453-1501
Email: bud@dwbrlaw.com

**Mark P. Dolan**
Rice Dolan & Kershaw
The Aldrich Building
72 Pine Street
Suite 300
Providence, RI 02903
401-272-8800
Email: ricedolan@ricedolan.com

**Paul F. Galamaga**
Ratcliffe Harten Galamaga LLP
40 Westminster Street
Suite 700
Providence, RI 02903
401-331-3400
Fax: 401-331-3440
Email: pgalamaga@rhgllp.com

**Benjamin A. Lee**
Ratcliffe Harten Galamaga LLP
40 Westminster Street
Suite 700
Providence, RI 02903
401-331-3400
Fax: 401-331-3440
Email: blee@rhgllp.com

Dated: February 4, 2026

                                                        By: /s/ William M. Gantz  
                                                             William M. Gantz (8792)