# EXHIBIT A

| | | |
|---|---|---|
| NEW YORK | **Duane Morris®** | HANOI |
| LONDON | | HO CHI MINH CITY |
| SINGAPORE | | SHANGHAI |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | ATLANTA |
| CHICAGO | | BALTIMORE |
| WASHINGTON, DC | | WILMINGTON |
| SAN FRANCISCO | WILLIAM M. GANTZ | MIAMI |
| SILICON VALLEY | PARTNER | BOCA RATON |
| SAN DIEGO | DIRECT DIAL: +1 857 488 4234 | PITTSBURGH |
| LOS ANGELES | PERSONAL FAX: +1 857 401 3026 | NORTH JERSEY |
| BOSTON | *E-MAIL:* BGantz@duanemorris.com | LAS VEGAS |
| HOUSTON | | SOUTH JERSEY |
| DALLAS | *www.duanemorris.com* | SYDNEY |
| FORT WORTH | | MYANMAR |
| AUSTIN | | |
| | | ALLIANCES IN MEXICO |

February 4, 2026

(VIA Both U.S. Mail and Certified, Return Receipt Mail)
Jeffrey H. Liebman, CEO
Roger Williams Hospital
825 Chalkstone Avenue
Providence, RI  02908

Re: *Redgate, et al v. Roger Williams Hospital,* et al, Civil Case No. 1:25-cv-00372-JJM-AEM– Gantz Withdrawal as Counsel

Dear Mr. Liebman:

  As you are aware, on August 27, 2025 I filed a Notice of Bankruptcy on behalf of defendant Roger Williams Hospital ("Roger Williams") in the above referenced action. Pursuant to Local Rule Gen. 206(d)(2) of the United States District Court for the District of Rhode Island, I write to inform you that I will file the attached motion ("Motion") in this action seeking to withdraw my representation, and that of Duane Morris, LLP, as counsel for Roger Williams.

  Please be advised that Roger Williams may object to the Motion and should seek the representation of substitute counsel. The failure to retain substitute counsel may not be grounds for delaying the trial or any other motions or matters scheduled in this action.

  I am generally available to discuss any questions concerning the Motion.

DUANE MORRIS LLP

100 HIGH STREET, SUITE 2400            PHONE: +1 857 488 4200  FAX: +1 857 488 4201
BOSTON, MA  02110-1724

DuaneMorris

Prospect
January 23, 2026
Page 2

        Very truly yours,

        DUANE MORRIS LLP

        William M. Gantz
        Partner

WMG
Encl.

DuaneMorris

Prospect
January 23, 2026
Page 3

## CERTIFICATION OF SERVICE

      I, William M. Gantz hereby certify that, pursuant to Local Rule Gen. 206(d)(2)(B)(i) of the United States District Court for the District of Rhode Island, a copy of the above was mailed on February 4, 2026, to Roger Williams Hospital by U.S. Mail and by certified, return receipt mail upon the following party:

Jeffrey H. Liebman, CEO
Roger Williams Hospital
825 Chalkstone Avenue
Providence, RI  02908

(Via both U.S. Mail and certified,
return receipt requested mail)