PATRICIA REDGATE and         :
ANDREW REDGATE           :
          :
    vs.          :      Case No.: 1:25-cv-00372-JJM-AEM
          :
ROGER WILLIAMS HOSPITAL;    :
RICHARD J. ZIENOWICZ, M.D., INC.;  :
RICHARD J. ZIENOWICZ, M.D.;    :
MARIJA ZHUKOV, M.D.;        :
JOHN and/or JANE DOE, CRNA, Alias;  :
and JOHN DOE CORPORATION, Alias   :

## **STIPULATION**

By agreement of the parties, plaintiffs shall have up to and including April 2, 2026 in which to

answer, object and/or otherwise respond to the following documents:

- *Defendant Marija Zhukov, M.D.'s Interrogatories to Plaintiff Andrew Redgate;*
- *Defendant Marija Zhukov, M.D.'s Interrogatories to Plaintiff Patricia Redgate; and*
- *Defendant Marija Zhukov, M.D.'s Requests for Production of Documents to Plaintiffs.*

| | |
|---|---|
| Plaintiffs,<br>By their attorneys, | Defendant Marija Zhukov, M.D.<br>By her attorneys, |
| /s/ Amato A. DeLuca | /s/ Benjamin A. Lee |
| Amato A. DeLuca, Esq. (#0531)<br>Katelyn M. Revens, Esq. (#9078)<br>**DeLuca, Weizenbaum,**<br>**Barry & Revens, Ltd.**<br>199 North Main Street<br>Providence, RI  02903<br>(401) 453-1500<br>(401) 453-1501 - fax<br>bud@dwbrlaw.com<br>kate@dwbrlaw.com | Paul F. Galamaga, Esq. (#5803)<br>Benjamin A. Lee, Esq. (#9311)<br>**Ratcliffe Harten Galamaga LLP**<br>40 Westminster Street, Suite 700<br>Providence, RI  02903<br>(401) 331-2400<br>pgalamaga@rhgllp.com<br>blee@rhgllp.com |

PATRICIA REDGATE and      :
ANDREW REDGATE       :
            :
   vs.          :     Case No.:  1:25-cv-00372-JJM-AEM
            :
ROGER WILLIAMS HOSPITAL;    :
RICHARD J. ZIENOWICZ, M.D., INC.;   :
RICHARD J. ZIENOWICZ, M.D.;    :
MARIJA ZHUKOV, M.D.;     :
JOHN and/or JANE DOE, CRNA, Alias;   :
and JOHN DOE CORPORATION, Alias   :

## **CERTIFICATION**

I hereby certify that on the 4th day of March 2026, I e-filed the following document:

*Stipulation*

to the following parties

> Mark P. Dolan, Esq.
> RICE DOLAN & KERSHAW
> 72 Pine Street, Suite 300
> Providence, RI  02903
> *Attorneys for Richard J. Zienowicz, MD, Inc. and Richard J. Zienowicz, M.D.*

> Paul F. Galamaga, Esq.
> Benjamin A. Lee, Esq.
> Ratcliffe, Harten & Galamaga LLP
> 40 Westminster Street, Suite 700
> Providence, RI  02903
> *Attorneys for Marija Khukov, M.D.*

          /s/ Natalie Iervolino